UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-453-RJC
(3:05-cr-46-RJC-DSC-2)

| | |
|---|---|
| CURTIS ARNOLD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court following the filing of the Fourth Circuit's en banc opinion in <u>Whiteside v. United States</u>, __ F.3d__, 2014 WL 7245453 (4th Cir. Dec. 19, 2014). The Court granted the Government's motion to stay this § 2255 proceeding pending the resolution of the <u>Whiteside</u> case. The Government will now be ordered to file a response to Petitioner's § 2255 motion, as supplemented, (Doc. No. 15), within 30 days from entry of this Order. Petitioner's counsel will have 7 days from the filing of the Government's response in order to file a reply as provided for in the Local Rules in this district. <u>See</u> LCvR 7.1(E).

**IT IS, THEREFORE, ORDERED** that the stay in this matter is lifted. (Doc. No. 26).

**IT IS FURTHER ORDERED** that the Government shall have 30 days from entry of this Order in order to file a response to Petitioner's § 2255 motion, as amended by Doc. No. 15, and the Petitioner may file a reply within 7 days from the date the Government files its response.

**IT IS SO ORDERED.**

Signed: January 26, 2015

Robert J. Conrad, Jr.
United States District Judge